**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GARCIA,<br><br>                Petitioner,<br><br>         **v.**<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                Respondent. | CV F 06-0847 AWI WMW HC<br><br>ORDER DENYING MOTION FOR PROVISION OF STATE COURT TRANSCRIPTS<br><br>[Doc. 13] |

       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On September 7, 2006, Petitioner filed a motion for the provision of state court transcripts. In support of his motion, Petitioner relies on 28 U.S.C. Section 2250, which provides as follows:

> If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

As stated, this statutory provision addresses the provision to a petitioner of copies of documents which are on file with the Clerk of the Court. The documents Petitioner is requesting are not on file with the Clerk of Court. Accordingly, Section 2250 provides no support for Petitioner's request.

Petitioner is advised to contact his previous counsel to ask his assistance in obtaining copies of the transcripts he seeks. Alternatively, Petitioner may directly contact the state court in which he was convicted.

Based on the foregoing, Petitioner's motion for provision of state court records is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    February 5, 2007**            **/s/ William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE