**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GARCIA,  )<br>  )<br>           Petitioner,  )<br>  )<br>  )<br>     v.  )<br>  )<br>  )<br>PEOPLE OF THE STATE OF  )<br>CALIFORNIA,  )<br>  )<br>  )<br>           Respondent.  )<br>_____ ) | CV F 06-0847 AWI WMW HC<br><br>ORDER VACATING  FINDINGS AND RECOMMENDATIONS RE MOTION TO DISMISS AND DISREGARDING MOTION TO DISMISS<br><br>[Doc. 8, 9]<br><br>ORDER GRANTING MOTION TO AMEND PETITION<br><br>[Doc. 12] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 10, 2006, Petitioner filed a motion for voluntary dismissal of this action without prejudice.  Pursuant to Rule 41, Federal Rules of Civil Procedure, a petitioner may properly voluntarily dismiss an action at any time before the adverse party files an answer. Based on Petitioner's request, on August 14, 2006, the court entered findings and

recommendations that this petition for writ of habeas corpus be dismissed without prejudice and that this case be closed.

On September 7, 2006, Petitioner filed objections to the findings and recommendations, stating that he no longer wished to voluntarily dismiss his petition. Accordingly, the court's findings and recommendations of August 14, 2006, are HEREBY VACATED.  The court will DISREGARD  Petitioner's motion to dismiss for all future purposes.

On September 7, 2006, Petitioner filed a motion to amend his petition.  A petitioner may amend a petition for writ of habeas corpus once "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a), as applied to habeas corpus actions pursuant to 28 U.S.C. § 2242 and Rule 11 of the Rules Governing Section 2254 Cases.  <u>Calderon v. United States District Court (Thomas)</u>, 144 F.3d 618, 620 (9th Cir. 1998);  <u>Bonn v. Calderon</u>, 59 F.3d 815, 845 (9th  Cir. 1995).  Accordingly, Petitioner's request to amend his petition is HEREBY GRANTED.  Petitioner is granted sixty (60) days from the date of service of this order within which to file a first amended petition.  If Petitioner fails to file a first amended  petition during that time, this case will proceed on the original petition filed July 5, 2006.

IT IS SO ORDERED.

**Dated:     February 5, 2007**              /s/  William M. Wunderlich
mmkd34                                       UNITED STATES MAGISTRATE JUDGE

2