**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GARCIA,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　Respondent. | 1: 06-cv- 0847 AWI WMW HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>[Doc. 19] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.  This case proceeds on the first amended petition filed February 22, 2007.

　　　　On March 9, 2007, this court entered findings and recommendations, recommending that the petition for writ of habeas corpus be dismissed for failure to exhaust state judicial remedies.  On March 27, 2007, Petitioner filed objections, claiming that since the filing of the

first amended petition, he had learned that the California Supreme Court had issued an opinion in his case.  Petitioner provides a copy of the California Supreme Court's order dated January 24, 2007, denying his petition for writ of habeas corpus.

In light of the foregoing, the findings and recommendations dated March 9, 2007, are HEREBY VACATED. The court will separately enter an order requiring Respondent to file a responsive pleading.

IT IS SO ORDERED.

**Dated:      November 27, 2007**              /s/  **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE