IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA, | 1:06-cv-00847-AWI-WMW (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR 60-DAY EXTENSION OF TIME TO FILE A TRAVERSE |
|     vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | (DOCUMENT #26) |
|     Respondents. | SIXTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 4, 2008, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   April 15, 2008**          /s/  **William M. Wunderlich**
                                                            UNITED STATES MAGISTRATE JUDGE