# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA,           )<br>                                    )<br>              Petitioner,       )<br>                                    )<br>         v.                       )<br>                                    )<br>JEANNE WOODFORD,    )<br>                                    )<br>              Respondent.     )<br>_____) | 1:06-cv-00847-AWI-JMD-HC<br><br>ORDER REQUIRING RESPONDENT TO SUBMIT ADDITIONAL MATERIALS PURSUANT TO RULE 5 OF THE RULES GOVERNING SECTION 2254 CASES<br><br>RESPONSE DUE WITHIN 30 DAYS |

    Petitioner Jose Garcia ("Petitioner") is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed the instant petition on July 5, 2006, and filed an amended petition on February 22, 2007.

    On November 29, 2007, the Court ordered Respondent to file responsive pleading. Respondent filed an answer to the petition on February 27, 2008.  Respondent attached six documents as exhibits to the answer: 1) a summary of Petitioner's conviction and sentence; 2) Petitioner's habeas corpus petition filed with the California Superior Court; 3)  the Superior Court's order denying Petitioner's state habeas petition; 4) a California Court of Appeal decision denying Petitioner's state habeas appeal; 5) Petitioner's state habeas petition before the California Supreme Court; and 6) the California Supreme Court's denial of Petitioner's state habeas petition.

///

///

1  Two important documents are absent from the current record: the transcript of Petitioner's plea hearing before the Superior Court, and Petitioner's brief on appeal to the California Court of Appeal. Rule 5(d)(1) of the Rules Governing Section 2254 Cases requires Respondent to submit a copy of "any brief that the petitioner submitted in an appellate court contesting the conviction or sentence," and Rule 5(c) authorizes the Court to order Respondent to produce the transcript of Petitioner's plea hearing before the Superior Court. Accordingly, Respondent is HEREBY ORDERED to file with the Court copies of 1) Petitioner's brief on appeal before the California Supreme Court; 2) the transcript of Petitioner's plea hearing in the Superior Court.[1]

IT IS SO ORDERED.

**Dated:   July 10, 2009**              /s/ John M. Dixon
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] If Respondent is unable to procure the plea hearing transcript, Respondent may submit an affidavit to that effect along with a narrative summary of the hearing provided by a party competent to testify regarding the events that transpired at the hearing. *See* Rule 5(c) of the Rules Governing Section 2254 Cases.